# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff/Respondent,** <br><br> **vs.** <br><br> **EDWIN ALBERTO JOHNSON,** <br><br> **Defendant/Movant.** | **CR 11-140-BLG-SPW** <br><br><br> **ORDER VACATING RE-SENTENCING HEARING** |

The United States of America has moved to vacate the re-sentencing hearing scheduled for September 18, 2018 at 9:30 a.m. (Doc. 193) based on the government filing a motion for leave to file a motion for reconsideration, pursuant to L.R. 7.3. For good cause showing,

IT IS HEREBY ORDERED that the re-sentencing hearing scheduled for Tuesday, September 18, 2018 at 9:30 a.m. is **VACATED** to be reset by further order of the Court.

IT IS FURTHER ORDERED that the United States' Motion for Leave to File a Motion for Reconsideration (Doc. 194) is **GRANTED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of September, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge