IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

NOV 26 2019

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 11-140-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| EDWIN ALBERTO JOHNSON, | |
| Defendant. | |

Edwin Alberto Johnson's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 26th day of November, 2019.

SUSAN P. WATTERS
United States District Judge